# NO. 12-16-00166-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *AMOCO FEDERAL CREDIT UNION,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## MEMORANDUM OPINION
### PER CURIAM

Amoco Federal Credit Union filed an original mandamus proceeding complaining of the trial court's June 10, 2016 temporary restraining order. On October 31, 2016, this Court conditionally granted Amoco's petition and directed Respondent to vacate the temporary restraining order and issue an order abating the real parties' declaratory judgment action filed May 9, 2016, in Cause No. CV-16-09656, *In the Matter of Marylou Kusmanoff*. By an order signed on November 7, 2016, Respondent has complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we *dismiss* Amoco's petition for writ of mandamus as *moot*.

Opinion delivered November 16, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

NOVEMBER 16, 2016

NO. 12-16-00166-CV

**AMOCO FEDERAL CREDIT UNION,**
Relator
V.

**HON. CHARLES R. MITCHELL,**
Respondent

**ORIGINAL PROCEEDING**

ON THIS DAY came to be heard the petition for writ of mandamus filed by **AMOCO FEDERAL CREDIT UNION**; who is the Relator in Cause No. CV-16-09656, pending on the docket of the 273rd Judicial District Court of San Augustine County, Texas. Said petition for writ of mandamus having been filed herein on June 13, 2016, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

James T. Worthen, Chief Justice.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*